[No. 894.   Decided April 7, 1893.]

LOUISE THOMPSON, *Respondent,* v. J. R. McDONALD, *Appellant.*

*Appeal from Superior Court, King County.*

*Charles Lovejoy,* for appellant.

*R. Winsor,* for respondent.

DUNBAR, C. J.—Respondent brings here a short record, and moves the court to dismiss the appeal and affirm the judgment for the reason that the transcript has not been filed within the time required by law. The affidavit of the appellant utterly fails to show a sufficient reason for not complying with the provisions of law, and the motion will be granted to the extent of dismissing the appeal.

STILES, HOYT, ANDERS and SCOTT, JJ., concur.